**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**CRAIG W. WAKEFIELD,**

    **Plaintiff,**

vs.                                       Case No. 2:23-cv-1353
                                            Judge Algenon L. Marbley
                                            Magistrate Judge Elizabeth P. Deavers

**WILLIAMSTOWN VOLUNTEER
FIRE COMPANY,** *et al.***,**

    **Defendants.**

## ORDER

This matter is now before the Court on Plaintiff's Motion to Strike Defendants' Expert Witness Disclosures (ECF No. 47) and Plaintiff's Motion to Strike Defendants' Rebuttal Expert Witness Disclosure (ECF No. 53). The Motions are **DENIED without prejudice**. The parties indicated that this case is settled, and that Plaintiff is working with the Probate Court to obtain approval of the settlement. (ECF No. 55.) Should the parties not settle, Plaintiff may re-file the Motions.

    **IT IS SO ORDERED.**

**Date: January 31, 2025**                          */s/ Elizabeth A. Preston Deavers*
                                                                  **ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE**